UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | Chapter 7 |
|  | § |  |
| COVER 3 ROOFING, LLC | § | Case No. 24-60480 |
|  | § |  |
| Debtor | § |  |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

COMES NOW Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. and hereby enters its appearance as counsel for ABC Supply Co, Inc. and respectfully requests, pursuant to Fed.R.Bankr.P. 2002 and 9010(b), that all notices which ABC Supply Co, Inc. is entitled to receive as creditor, and all other documents filed by the Debtor or its attorney, by the Trustee, and by all other parties in interest in the proceedings, be addressed and promptly delivered to Misti L. Beanland, via email: beanland@mssatttrneys.com and to Christen C. Paquin, via email: cpaquin@mssattorneys.com.

Respectfully submitted,

By: */s/ Christen C. Paquin*
Misti L. Beanland
State Bar No. 00798057
Christen C. Paquin
State Bar No. 24040640
MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400 Telephone
(972) 234-1750 Telecopier
beanland@mssattorneys.com
cpaquin@mssattorneys.com

Attorneys for ABC Supply Co, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2024, this document was served on all counsel of record and all

parties requesting to receive notice via the Court's Electronic Case Filing System.

/s/ Christen C. Paquin
Christen C. Paquin